UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\---------------------------------------------------------------x

2741 BROTHERS DELI GROCERY INC., et al.,

        Plaintiffs,

    -against-

UNITED STATES DEPARTMENT OF AGRICULTURE, FOOD AND NUTRITION SERVICE, et al.,

        Defendants.

\---------------------------------------------------------------x

22-CV-9317 (JHR) (OTW)

**ORDER**

**ONA T. WANG**, United States Magistrate Judge:

The Court has reviewed ECF 17. Plaintiffs' request for discovery is **DENIED without prejudice to renewal**. The parties are directed to meet and confer and propose **by Friday, July 28, 2023**, a schedule for (1) filing the administrative record, and (2) briefing Defendants' motion for summary judgment. Plaintiffs may cross move for discovery in connection with Defendants' motion for summary judgment.

    SO ORDERED.

Dated: July 21, 2023
       New York, New York

          _s/ Ona T. Wang_
          **Ona T. Wang**
          United States Magistrate Judge