**MEMO ENDORSED.**



**PRIVACY FIRM**

**JOSEPH A. BAHGAT**
Managing Attorney

+1 732 733 2396
joe@privacyfirm.law

PO Box 37635 Ste. 70354
Philadelphia, PA 19101-0635

21 January 2024

*FILED ELECTRONICALLY*

Hon. Ona T. Wang
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  *2741 Brothers Deli Grocery Inc. and Abdulkafi M. Al Muntaser v. U.S.D.A., Food and Nutrition Service, No. 22-9317-PKC*

Dear Judge Wang:

My firm represents the plaintiffs in the above captioned action, which is scheduled for an in-person status conference Tuesday morning at 11:30 a.m. (ECF No. 26). Because I am involved in criminal jury trials this week, I am writing to request a 30-day adjournment.

Previously I requested an adjournment of the initial conference in this case, back on Mar. 28, 2023, however I have not requested any subsequent adjournments. The U.S. Attorney's Office consents to my adjournment request.

Further, as the government has already filed its summary judgment motion, to which plaintiffs are currently preparing their response, neither party will be prejudiced by the granting of this request, nor is it being made for purposes of delay.

Respectfully yours,

*Joseph A. Bahgat*

LEGAL PROS FOR YOUR INTERNET WOES℠

https://privacyfirm.law



Joseph A. Bahgat

JAB/

CC: AUSA Leslie Ramirez Fisher (by ECF)

> Application **GRANTED.** The Status Conference scheduled for January 23, 2024 is **ADJOURNED to Tuesday, March 12, 2024 at 12:30 p.m.** If this date does not work, the parties are instructed to inform the Court as soon as possible. **No further extensions.**
>
> **SO ORDERED.**
>
> _____
> Ona T. Wang        1/22/24
> U.S.M.J.