**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
2741 BROTHERS DELI GROCERY INC., et al.,

                      Plaintiff,

    -against-                                  22 **CIVIL** 9317 (OTW)

### JUDGMENT

UNITED STATES DEPARTMENT OF
AGRICULTURE, FOOD AND NUTRITION
SERVICE,

                      Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 13, 2024, Plaintiffs' action is dismissed pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction, and leave to amend is denied; accordingly, the case is closed.

**Dated:** New York, New York

      September 16, 2024

                                                            **DANIEL ORTIZ**
                                                     **Acting Clerk of Court**

                              **BY:**

                                                           **Deputy Clerk**